UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DAVID J. CRANSTON, JR., JOSEPH MORANDE, ANTHONY FASULO, DAVID MONTELLE, ROCCO CIANCIO and LUCIANO FALZONE as Trustees and Fiduciaries of the PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING FUNDS,

Plaintiffs,

-against-

FERREIRA BROS. CONTRACTING, INC.,

Defendant.

05 Civ. 3351 (ARR)

**DEFAULT JUDGMENT**

The summons and Complaint in this action having been duly served on the above-named defendant Ferreira Bros. Contracting, Inc., and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on the motion of Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, attorneys for plaintiffs, it is hereby

ORDERED AND ADJUDGED, that plaintiffs DONALD J. CRANSTON, JR., JOSEPH MORANDE, ANTHONY FASULO, DAVID MONTELLE, ROCCO CIANCIO and LUCIANO FALZONE, as Trustees and Fiduciaries of the DISTRICT COUNCIL OF PAVERS AND ROAD BUILDERS OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING

FUNDS, do recover of FERREIRA BROS. CONTRACTING, INC., the defendant residing at 918 Old Nepperhan Avenue, Yonkers, New York 10703, the sum of $2,820.70, plus interest in the sum of $173.25, liquidated damages in the sum of $282.07, attorneys' fees in the sum of $1,175.00, and court fee in the sum of $250.00, amounting in all to the sum of $4,701.02, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiffs have execution therefor.

Judgment dated:

Sept. 20, 2005                    By: